NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


COLLEEN KELLY SCHULDT,                    )
                                          )
          Appellant/Cross-Appellee,       )
                                          )
v.                                        )          Case No. 2D18-1840
                                          )
CURTIS L. SCHULDT,                        )
                                          )
          Appellee/Cross-Appellant.       )
_____)

Opinion filed September 27, 2019.

Appeal from the Circuit Court for Collier
County; Mary C. Evans, Judge.

Mark V. Silverio and Cynthia B. Hall of
Silverio and Hall, Naples, for
Appellant/Cross-Appellee.

Keith W. Upson of The Upson Law Group,
P.L., Naples, for Appellee/Cross-Appellant.


PER CURIAM.


          Affirmed.


KELLY, VILLANTI, and LaROSE, JJ., Concur.